DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
KATIE BELISLE
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TASHA KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-09-0279-DAD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| TASHA KENNEDY, | ) ) | Date: October 13, 2009<br>Time: 10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for Tasha Kennedy, that the Court vacate the trial confirmation hearing on September 15, 2009 at 10:00 a.m. and the jury trial date set for September 28, 2009 at 10:00 a.m.  We respectfully request the court set a status conference hearing on October 13, 2009, at 10:00 a.m.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the

1

public and the defendant in a speedy trial because the defense requires more time to investigate and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through October 13, 2009, for defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated:   September 14, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
TASHA KENNEDY

Dated: September 14, 2009                LAWRENCE G. BROWN
                                         Acting United States Attorney

                                          /s/ Mathew C. Stegman
                                         MATTHEW C. STEGMAN
                                         Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: September 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/kennedy0279. stipord

Stipulation and Proposed Order    -2-